# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG REED,<br><br>            Plaintiff,<br><br>      v.<br><br>SERGEANT HINSHAW, et al.,<br><br>            Defendants. | Case No.  1:11-cv-00340-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2013, Plaintiff filed a motion to extend time to file an amended complaint. (ECF No. 11.)  Good cause having been presented to the Court and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **July 24, 2013**

UNITED STATES MAGISTRATE JUDGE

1