1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    **CRAIG REED,**                          **CASE NO. 1:11-CV-340 AWI SAB (PC)**

10                   **Plaintiff**

11         **v.**                             **ORDER ON PLAINTIFF'S**
                                              **OBJECTIONS**
12   **SGT. HINSHAW, et al.,**

13                   **Defendants**           (Doc. No. 19)

14   ─────────────────────────────

15         Plaintiff Craig Reed is appearing pro se and in forma pauperis in this civil rights action

16   pursuant to 42 U.S.C. § 1983.

17         On January 7, 2014, the Magistrate Judge dismissed Plaintiff's first amended complaint

18   with leave to amend.  See Doc. No. 15.  On January 28, 2014, the Magistrate Judge granted

19   Plaintiff additional time to file an amended complaint.  See Doc. No. 17.  On March 5, 2014,

20   Plaintiff filed a second amended complaint.  See Doc. No. 18.  On March 10, 2014, Plaintiff filed

21   objections to the January 7 dismissal order by the Magistrate Judge.  See Doc. No. 19.

22         Plaintiff's objections relate to actions taken with respect to the First Amended Complaint.

23   However, all claims were dismissed with leave to amend, see Doc. No. 15, and with the filing of

24   the Second Amended Complaint, the First Amended Complaint became nonexistent.  See Ferdik

25   v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  The active complaint is the Second Amended

26   Complaint, and that complaint will be screened by the Magistrate Judge in accordance with the

27   proper legal standards.  Plaintiff's objections relate to actions regarding a now nonexistent

28   complaint.  Plaintiff's objections are untimely and moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections (Doc. No. 19) are OVERRULED.

IT IS SO ORDERED.

Dated:   May 9, 2014

_____
SENIOR  DISTRICT  JUDGE