**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGEANT HINSHAW, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00340-AWI-SAB (PC)<br><br>ORDER FINDING PLAINTIFF STATES COGNIZABLE RETALIATION CLAIM AGAINST DEFENDANTS HINSHAW AND JOHNSON ONLY AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FROM THE ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF Nos. 18, 21, 22] |

　　　　Plaintiff Craig Reed is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 16, 2014, the Court screened Plaintiff's second amended complaint and found that Plaintiff stated a cognizable First Amendment retaliation claim against Defendants Hinshaw and Johnson only and failed to state any other cognizable claims. See Doc. No. 21. The Court granted Plaintiff the option of either filing a third amended complaint or notifying the Court of his intent to proceed only on the claim found to be cognizable. On June 30, 2014, Plaintiff notified the Court of his intent to proceed on the retaliation claim only and dismiss all other claims and defendants from the action. See Doc. No. 22. Based on the analysis of the screening order and on Plaintiff's notification, the Court dismisses all claims except for the First Amendment retaliation claims against Defendants Hinshaw and Jackson.

//

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. As discussed in the June 16, 2014 screening order (Doc. No. 21), this action shall proceed on Plaintiff's second amended complaint, filed March 5, 2014, against Defendants Hinshaw and Johnson for retaliation in violation of the First Amendment;
2. All other claims and defendants are DISMISSED from the action for failure to state a cognizable claim for relief under section 1983; and
3. The matter is referred back to the Magistrate Judge for issuance of service of process.

IT IS SO ORDERED.

Dated:  July 2, 2014                             _____
                                                  SENIOR  DISTRICT  JUDGE