UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT HINSHAW, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00340-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>[ECF No. 28] |

　　　　Plaintiff Craig Reed is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　 On October 21, 2014, Defendants filed a request to extend the time to file a responsive pleading to Plaintiff's second amended complaint.

　　　　Good cause having been presented to the Court, IT IS HEREBY ORDERED that Defendants are granted, to and including **November 20, 2014**, within which to file their responsive pleading.

IT IS SO ORDERED.

Dated:   **October 22, 2014**　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1